Christopher G. Hook (State Bar No. 255080)
CHRIS@CGHLAW.COM
**LAW OFFICES OF CHRISTOPHER G. HOOK**
1801 Century Park East, 25th Floor
Los Angeles, CA 90067-2336
Tel.: (310) 272-8566
E-mail: chris@cghlaw.com

Attorney for Plaintiffs STEVEN LA BELLA and IZELLA LA BELLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LA BELLA, IZELLA LA BELLA, <br><br> Plaintiffs, <br><br> vs. <br><br> BAMBOO IDE8 INSURANCE SERVICES, LLC DBA BAMBOO INSURANCE, CATLIN INSURANCE COMPANY, INC., CODEBLUE, LLC DBA CODEBLUE 360, INSURANCE CLAIMS MANAGEMENT, INC., MARK E. LOGAN and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 5:22-cv-00235 JGB (SPx) <br><br> **REQUEST TO APPEAR REMOTELY BY PLAINTIFFS' COUNSEL** <br><br> Date: April 11, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 1 |

TO THE COURT, EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:

PLEASE TAKE NOTICE that counsel for Plaintiffs STEVEN LA BELLA and IZELLA LA BELLA, Christopher G. Hook of the Law Offices of Christopher G. Hook, hereby requests permission from the Court to appear for the upcoming motion hearing on April 11, 2022, by remote video or telephone. The reason for this request is that Mr. Hook has a pre-planned out-of-state trip on his calendar from April 9th through April 17th

and is therefore unable to attend the hearing in person. There is good cause to grant this request because Plaintiffs need representation at the motion hearing and there is no prejudice to the defendants. A proposed order granting this request is submitted herewith.

Respectfully submitted.

DATED: March 30, 2022                    LAW OFFICES OF CHRISTOPHER G. HOOK

By: _____
CHRISTOPHER G. HOOK

Attorney for Plaintiff

# PROOF OF SERVICE

*Steven La Bella, et al. v. Bamboo IDE 8 Insurance Services, LLC, et al.*
*United States District Court – Central District Court*
*Case No.: 5:22-cv-00235-JGB-SP*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1801 Century Park E., 25th Floor, Los Angeles, California 90067.

On March 30, 2022, the document(s) entitled:

**REQUEST TO APPEAR REMOTELY BY PLAINTIFFS' COUNSEL**

**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY BY PLAINTIFFS' COUNSEL**

Was/were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

| | |
|---|---|
| Michelle L. Burton, Esq. | Julie Van Wert, Esq. |
| Devin T. Shoecraft, Esq. | David Berke, Esq. |
| Jahne' Maddock, Esq. | LONDON FISHER LLP |
| BURTON KELLY LLP | 800 Wilshire Blvd., Suite 1550 |
| 600 B Street, Suite 1500 | Los Angeles, CA 90017 |
| San Diego, CA 92101 | dberke@londonfischer.com |
| service@burtonkelly.com | jvanwert@londonfischer.com |

[X]   (BY ELECTRONIC MAIL) By causing the above-listed document to be e-mailed to the person(s) at the e-mail addresses set forth above. Pursuant to Judicial Council's Emergency Rules related to COVID-19, specifically Emergency Rule 12.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 30th day of March, 2022, at Los Angeles, California.

_____
Christopher G. Hook